# U.S. Patent No. US 9,261,365 v. Fleet Complete

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method for receiving location information at a positional information device, the method comprising: | Fleet Complete ("Company") performs and/or induces others to perform a method for receiving location information at a positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides FC Hub, a fleet management software that allows fleet managers to monitor their commercial vehicles in real-time. Further, the FC Hub allows managers to view ("receiving") the vehicles' location ("location information") on their mobile devices such as smartphones, laptops, and computers ("positional information device").<br><br>Source: https://www.fleetcomplete.com/products/fleet-management-platform-overview/ |

2



Source: https://www.fleetcomplete.com/products/fleet-management-platform-overview/ (annotated)

3



Source: https://www.youtube.com/watch?v=C3o0SW1NmM8&t=11s, at 0:11 (annotated)



Source: https://www.youtube.com/watch?v=tjeY5-CMKk4, at 1:39 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

5

| | |
|---|---|
| [1.1] sending a request from a requesting positional information device to a server for at least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device; | Company performs and/or induces others to perform the step of sending a request from a requesting positional information device to a server for at least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the FC hub allows managers to select assets such as vehicles such that the FC hub displays the real-time location ("at least one address") of the selected asset, retrieved using a GPS tracker installed in the asset. Therefore, it would be apparent to a person having ordinary skill in the art that when the asset is selected, a request is transmitted from the manager's mobile device ("a requesting positional information device") to Fleet servers for retrieving the real-time location of the asset ("at least one sending positional information device"). Further, upon information and belief, the request includes at least an IP address ("a first identifier") of the manager's mobile device. |



Source: https://www.youtube.com/watch?v=tjeY5-CMKk4, at 1:39 (annotated)

| | |
|---|---|
| | Source: https://www.fleetcomplete.com/products/fleet-management-platform-overview/ <br><br> **What is GPS fleet tracking?** <br><br> GPS fleet tracking allows you to monitor and manage your vehicles in real-time. By using a GPS tracking system, you can see the location and status of your vehicles at any time. Your vehicles' GPS trackers communicate with satellites to send the vehicle's location to our cloud-based software, which gives you complete visibility of your fleet. <br><br> Source: https://www.fleetcomplete.com/solutions/efficiency/ <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional | Company performs and/or induces others to perform a method of receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional information device. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, upon selecting the assets in the FC hub, the FC hub displays ("receiving at the requesting positional information device, from the server, a retrieved at least one address") the current location ("a retrieved at least one address") of the asset received from the asset's GPS trackers via the servers. |

8

| information device |  |
| --- | --- |
| | Source: https://www.youtube.com/watch?v=tjeY5-CMKk4, at 1:39 (annotated) |

| | |
|---|---|
| | **What is GPS fleet tracking?**<br><br>GPS fleet tracking allows you to monitor and manage your vehicles in real-time. By using a GPS tracking system, you can see the location and status of your vehicles at any time. Your vehicles' GPS trackers communicate with satellites to send the vehicle's location to our cloud-based software, which gives you complete visibility of your fleet.<br><br>Source: https://www.fleetcomplete.com/solutions/efficiency/<br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3] wherein the server determines a second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address | Company performs and/or induces others to perform the step wherein the server determines a second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address stored in the identified at least one sending positional information device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the managers select the asset ("based on the received first identifier") displayed on the FC hub to retrieve the real-time location ("the requested at least one address") of the selected asset ("the identified at least one sending positional information device"), the asset's GPS tracker processes and sends the location of the asset to the FC hub through satellites. Therefore, it would be apparent to a person having ordinary skill in the art that the Fleet servers determine the identity of the selected asset ("a second identifier") for identifying the asset. |

| | |
|---|---|
| stored in the identified at least one sending positional information device. | <br>Source: https://www.youtube.com/watch?v=tjeY5-CMKk4, at 1:39 (annotated) |

11

**What is GPS fleet tracking?**

GPS fleet tracking allows you to monitor and manage your vehicles in real-time. By using a GPS tracking system, you can see the location and status of your vehicles at any time. Your vehicles' GPS trackers communicate with satellites to send the vehicle's location to our cloud-based software, which gives you complete visibility of your fleet.

Source: https://www.fleetcomplete.com/solutions/efficiency/

1. **Real-Time GPS Tracking:** Stay informed on vehicle location, speed, status, temperature, and more.

2. **Complete Asset Visibility:** Monitor your most valuable equipment with customizable features.

Source: https://www.fleetcomplete.com/products/fleet-management-platform-overview/

12

```
QUERY

query GetActiveVehicles {
  getActiveVehicles {
    id
    version
    createdAt
    updatedAt
    isDeleted
    name
    fleetId
    vin
    licensePlate
    make
    model
    year
    latestData {
      timestamp
      gps {
        ...GpsFragment
```

Source: https://api.fleetcomplete.com/#introduction

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2. List of References

1. https://api.fleetcomplete.com/#introduction, last accessed on 02 July 2024.
2. https://www.fleetcomplete.com/products/fleet-management-platform-overview/, last accessed on 02 July 2024.
3. https://www.fleetcomplete.com/products/fleet-tracker/, last accessed on 02 July 2024.
4. https://www.youtube.com/watch?v=C3o0SW1NmM8&t=11s, last accessed on 02 July 2024.
5. https://www.youtube.com/watch?v=tjeY5-CMKk4, last accessed on 02 July 2024.
6. https://www.fleetcomplete.com/solutions/efficiency/, last accessed on 02 July 2024.